UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MACEO STREATER,** | : | **CASE NO. 3:24-CV-00004 (SRU)** |
| Plaintiff | : | |
| | : | |
| **V.** | : | |
| | : | |
| **JOSEPH GREENE, et al.** | : | **AUGUST 9, 2024** |
| Defendant | : | |

## CONSENT MOTION FOR EXTENSION OF TIME

The movant, the Custodian of Records for the New Haven State's Attorney's Office, is a non-party commanded by subpoena issued by the plaintiff to produce voluminous documents in the above-captioned case. Pursuant to D. Conn. L. Civ. R. 7, the movant hereby moves the Court for an extension of time, up to and including December 15, 2024, in which to file an appropriate motion pursuant to Fed. R. Civ. P. 45(d) and/or otherwise respond to the subpoena through production. Counsel for the plaintiff, Attorney Alexander T. Taubes, the issuing party, agrees to the granting of this motion. This is the non-party movant's second motion seeking an extension of time. See [34] Movant's Consent Motion for Extension of Time dated 5/23/2024, and [35] Court's Order granting extension until 8/13/2024.

The subject subpoena, served upon the New Haven States' Attorney's Office on May 14, 2024, seeks, *inter alia*, the production of the State's entire trial file in sixteen (16) separate criminal matters — most, if not all, homicides — all dating back to the early and mid-1990s. The movant represents that, since receipt of the subpoena, the New Haven State's Attorney's office has located in storage and assembled fifty-seven bankers' boxes of materials related to trial files identified in the subpoena and has been actively reviewing

those files to identify records of non-litigant third-parties that may have been erased by operation of law, and any materials or documents contained within the files that may be the subject of a privilege or be otherwise non-disclosable under state or federal law. New Haven State's Attorney John P. Doyle, Jr., Supervisory Assistant State's Attorney Adrienne Russo, and plaintiff's counsel Attorney Taubes have engaged in a cooperative effort to establish a framework for satisfactory production of those documents that may be disclosed and have agreed that production will be provided on a rolling basis as review of each subpoenaed file is completed.   In addition, Attorney Taubes has indicated he will seek to obtain releases from impacted third-parties in order to properly address valid privacy concerns and facilitate further disclosures.

For these reasons, the movant, the Custodian of Records for the New Haven State's Attorney's Office, hereby moves that its Motion for Extension of Time, up to and including December 15, 2024, be granted.

>Respectfully submitted,
>
>CUSTODIAN OF RECORDS
>NEW HAVEN STATE'S ATTORNEY'S OFFICE
>MOVANT
>
>By  /s/  David M. Kutzner
>DAVID M. KUTZNER
>Supervisory Assistant State's Attorney
>Special Litigation and Legislative Affairs Unit
>Office of the Chief State's Attorney
>300 Corporate Place
>Rocky Hill, Connecticut 06067
>E-mail: david.kutzner@ct.gov
>Tel. No. (860) 258-5911
>Fax No. (860) 258-5858
>Federal Bar No. ct 08123