UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MACEO T. STREATER,<br>Plaintiff, | : | CIV. NO.3:24-cv-00004(SRU) |
| | : | |
| vs. | : | |
| | : | |
| CITY OF NEW HAVEN, ET AL.<br>Defendants. | : | SEPTEMBER 25, 2026 |

**NOTICE OF JOINDER**

Defendant Vincent M. Raucci, Jr., respectfully joins defendant City of New Haven's Motion to Bifurcate and Stay Discovery on Plaintiff's Monell Claim [Doc. 87] dated September 8, 2026, with all points and authorities referenced therein. This defendant adopts, in full, the arguments presented by the co-defendant on these issues.

DEFENDANT, VINCENT M. RAUCCI, JR.

BY/ss/ James N. Tallberg

James N. Tallberg
Federal Bar No.: ct17849
Kimberly A. Bosse
Federal Bar No.: ct31063
Karsten & Tallberg, LLC
500 Enterprise Dr., Suite 4B
Rocky Hill, CT 06067
T: (860)233-5600
F: (860)233-5800
jtallberg@kt-lawfirm.com
kbosse@kt-lawfirm.com

**CERTIFICATION**

I hereby certify that on September 25, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/ss/ Kimberly A. Bosse
Kimberly A. Bosse


**Karsten & Tallberg, LLC** • ATTORNEYS AT LAW
500 ENTERPRISE DRIVE, SUITE 4B • ROCKY HILL, CT 06067 • (860) 233-5600 • FAX: (860) 233-5800 • JURIS NO. 424030