UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MACEO T. STREATER<br>Plaintiff | : No.: 3:24 CV 00004 (SRU) |
| v. | : |
| THE CITY OF NEW HAVEN, ET AL<br>Defendants | : September 28, 2026 |

**DEFENDANTS' VAUGHN MAHER AND GAIL A. LAWLOR AS EXECUTRIX OF THE ESTATE OF ROBERT LAWLOR NOTICE OF JOINDER**

Defendants Vaughn Maher and Gail A. Lawlor as Executrix of the Estate of Robert Lawlor respectfully join defendant City of New Haven's Motion to Bifurcate and Stay Discovery on Plaintiff's Monell Claim [Doc. #87] dated September 8, 2026 and adopt, in full, the arguments presented by the co-defendant on these issues.

DEFENDANTS VAUGHN MAHER and GAIL A. LAWLOR AS EXECUTRIX OF THE ESTATE OF ROBERT LAWLOR,

/s/William J. Melley III
William J. Melley III
Federal Bar No. ct06355
250 Hudson Street
Hartford, Connecticut 06106
(860) 247-9933/fax: (860) 247-9944
Email: wjmelley@wjmelley.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MACEO T. STREATER<br>Plaintiff | : No.: 3:24 CV 00004 (SRU) |
| v. | : |
| THE CITY OF NEW HAVEN, ET AL<br>Defendants | : September 28, 2026 |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2026 a copy of the foregoing Notice of Joinder was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/William J. Melley III
William J. Melley III
Federal Bar No. CT 06355
250 Hudson Street
Hartford, Connecticut 06106
(860) 247-9933/fax: (860) 247-9944
Email: wjmelley@wjmelley.com